Louie Scherini, Appellant, v. Titanium Alloy Company, Respondent.— Judgment and order affirmed, with costs, on the authority of delBusto v. E. I. DuPont deNemours & Company, Inc. (259 App. Div. 1070). All concur. (The judgment dismisses plaintiff's complaint in a silicosis action. The order granted defendant's motion to dismiss.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

The People of the State of New York ex rel. James Garcia, Appellant, v. William Hunt, as Warden of Attica State Prison, Attica, New York, Respondent. — Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

The People of the State of New York ex rel. Margaret Lonis, Respondent, v. Ellis Ball, Appellant. — Order affirmed, without costs. All concur. (The order directs defendant to pay for support of infant and furnish security in a filiation proceeding.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

Max F. Cowan, Doing Business under the Assumed Name of " Monroe Plumbing and Heating Supply Company," Appellant, v. Manse Builders, Inc., Respondent, and Morey Gimple, Defendant — Orders of Monroe County Court and Rochester City Court reversed on the law, with ten dollars costs and disbursements in the City and County Courts, and motion granted, with ten dollars costs, all costs to abide the event. All concur. (The order of Monroe County Court affirms an order of Rochester City Court, Civil Branch, which denied plaintiff's motion for an examination of defendant before trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.